# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Joon Yeop Kim DEFENDANT(S). | CASE NUMBER CR 08-1839 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __December 12, 2008__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/11/08__

U.S. District Judge/Magistrate Judge