EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
EDDIE A. JAUREGUI (Cal. Bar No. 297986)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4849
     Facsimile: (213) 894-0141
     E-mail:    eddie.jauregui@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 08-1389-MMM-3 |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE |
| v. | |
| JOON YEOP KIM, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Eddie A. Jauregui, hereby files its response to defendant's motion to terminate supervised release under 18 U.S.C. § 3583(e) and Fed. R. Crim. P. 32.1(c)(2).

The government has conferred with the Probation Officer and understands that the Probation Office does not oppose defendant's motion and that the Probation Office had intended to file its own motion for early termination of supervised release in this case. Having reviewed the applicable Section 3553(a) factors, and

considering the defendant's conduct while on supervision, and taking into account the Probation Office's position, the government does not object to early termination of supervised release in this case.

Dated:  November 9, 2015           Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


          /s/
EDDIE A. JAUREGUI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA